IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NICHOLAS J. DAVIS                                                                                           PLAINTIFF
ADC #128996

v.                                          2:22-cv-00089-JM-JJV

GAYLON LAY, Warden, ADC; *et al.*                                                           DEFENDANTS

## **ORDER**

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommended Disposition in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff may proceed with his Eighth Amendment excessive force claim against Defendants Lay, Randall, Branch, Dycus, Dean, and Shores.

2.  All other claims in the Complaint are DISMISSED without prejudice for failing to state a claim upon which relief may be granted.

3.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 18th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE